[No. 5513–2–III.  Division Three.  May 1, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. CIPRIANO CARDENAS, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 82–1–00247–3, Fred R. Staples, J., entered November 4, 1982. *Affirmed* by unpublished per curiam opinion.

[No. 5266–4–III.  Division Three.  May 1, 1984.]

WESTERN PACKERS, INC., ET AL, *Appellants,* v. FREMONT INDEMNITY CO., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Chelan County, No. 35381, Charles W. Cone, J., entered June 7, 1982. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Green and McInturff, JJ.

[No. 5002–5–III.  Division Three.  May 3, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. JERRY DON DAVIDSON, *Appellant.*

Appeal from a judgment of the Superior Court for Franklin County, No. 4376, Robert S. Day, J., entered February 9, 1982. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Green and Thompson, JJ.